UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Trimbur

    v.                                    Case No. 18-cv-1175-PB

Hooksett, NH, Town of et al


## ORDER


    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 9, 2019, and dismiss this action in its entirety. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                             /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

Date: January 29, 2019


cc: Timothy Trimbur, pro se